IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:03cr68/LAC
    3:06cv51/LAC/MD

DEMETRUS DONNI HOWARD
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 22, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The amended motion to vacate, set aside or correct sentence (doc. 82) is DENIED.

DONE AND ORDERED this 17th day of July, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**