**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                          Case No: 3:03cr68/LAC
                                                                                      3:06cv51/LAC/MD

DEMETRIUS DONNIE HOWARD

---

### **ORDER**

The defendant has filed a request for a certificate of appealability (doc. 92) of this court's order denying his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  (Doc. 89).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's July 17, 2006 order (doc. 89) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on June 22, 2006 (doc. 87), his request for a certificate of appealability is DENIED.  Defendant has not filed a motion for leave to proceed *in forma pauperis.*  Even if he had done so, leave to so proceed would be denied as the court finds this appeal is not taken in good faith and he is not otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 28th day of September, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**